```
                                              FILED
1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney               Apr 08 2021
2
3                                              SUSAN Y. SOONG
                                           CLERK, U.S. DISTRICT COURT
4                                         NORTHERN DISTRICT OF CALIFORNIA
                                                 SAN FRANCISCO
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:21-cr-00143 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 1040(a)(2) – Disaster Relief Fraud |
| CAESAR OSKAN, | ) |
| aka Sezer Ozkan | ) |
| Defendant. | ) |
|  | ) SAN FRANCISCO |

INFORMATION

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 1040(a)(2) – Disaster Relief Fraud)

On or about March 29, 2020, May 21, 2020, and on May 26, 2020, in the Northern District of California, the defendant

CAESAR OSKAN aka Sezer Ozkan

did knowingly make materially false and fraudulent statements to the Small Business Administration ("SBA") in multiple applications for Economic Injury Disaster Loans or Advances, which are benefits authorized, transported, transmitted, transferred, disbursed and paid in connection with the Presidential Disaster Declaration effective March 13, 2020, said disaster declaration having been made under the

INFORMATION                                    1

Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §5191(b) (2) and said benefit being money of the United States or any department or agency thereof.

DATED: __April 8, 2021_____   STEPHANIE M. HINDS
Acting United States Attorney

/s/ Maya Karwnde
MAYA KARWANDE
Assistant United States Attorney